UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

AUG 2 9 2019

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **4:19CR724 SRC/SPM** |
| | ) |
| DYRICE PORTER and | ) |
| SHERMAN TRICE, | ) |
| | ) |
| Defendants. | ) |

## INDICTMENT

## COUNT ONE

The Grand Jury charges that:

On or about July 14, 2019, in the City of St. Louis within the Eastern District of

Missouri,

### DYRICE PORTER and
### SHERMAN TRICE,

the Defendants herein, acting together, did obstruct, delay, or affect commerce or the movement

of any article or commodity in commerce or attempt to do so by robbery of Alsalam Grocery and

Bakery, a commercial establishment engaged in interstate or foreign commerce and in the

business of buying and selling articles and commodities that have been previously transported in

interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT TWO

The Grand Jury further charges that:

On or about July 14, 2019, in the City of St. Louis within the Eastern District of

Missouri,

**DYRICE PORTER and
SHERMAN TRICE,**

the Defendants herein, acting together, knowingly possessed and brandished one or more

firearms, in furtherance of a crime of violence for which they may be prosecuted in a court of the

United States, that is, obstructing, delaying, or affecting commerce by robbery as charged in

Count One herein.

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2 and punishable

under Title 18, United States Code, Section 924(c)(1)(C)(ii).

A TRUE BILL

_____

FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
J. CHRISTIAN GOEKE, #39462MO
Assistant United States Attorney